JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA FURLOW,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TWC ADMINISTRATION LLC; TIME WARNER CABLE, INC., CHARTER COMMUNICATIONS, INC. f/d/b/a TIME WARNER CABLE, and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.  2:18-cv-01734-JAK (PLAx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE (DKT. 57)** |

　　　Based on the Stipulation of Dismissal with Prejudice by and between the parties to this action pursuant to FRCP 41(a)(1) filed on May 27, 2020, and good cause appearing therefore, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice.  Each party to bear her/its own costs and attorneys' fees associated with this matter.

　　　**IT IS SO ORDERED.**

Dated:  May 27, 2020　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　United States District Judge

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147